IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROD WATTS**
**#3460**                                                                                          **PLAINTIFF**

v.                               No. 3:24-cv-65-DPM

**JESSICA HESS**, Sergeant, Jail Administrator,
Sharp County Detention Center;  **SHANE
RUSSELL**, Sheriff, Sharp County;  **TYLER**,
Correctional Officer, Sharp County Detention
Center;  and **DOE**, "Edith," Jail Administrator,
Sharp County Detention Center                                              **DEFENDANTS**

ORDER

1. The Court withdraws the reference.

2. Watts hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3.* His mail is also being returned as undeliverable. *Doc. 4 & 5.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2024