IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROD WATTS** **PLAINTIFF**
**#3460**

v. No. 3:24-cv-65-DPM

**JESSICA HESS**, Sergeant, Jail Administrator,
Sharp County Detention Center; **SHANE
RUSSELL**, Sheriff, Sharp County; **TYLER**,
Correctional Officer, Sharp County Detention
Center; and **DOE**, "Edith," Jail Administrator,
Sharp County Detention Center **DEFENDANTS**

## JUDGMENT

Watts's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2024